| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael S. Romanik Sr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9915<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Jo Taylor–Romanik<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0733<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   16–11695–ABA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael S. Romanik Sr.               Mary Jo Taylor–Romanik

4/7/21

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael S. Romanik, Sr.  
Mary Jo Taylor-Romanik  
  Debtors

Case No. 16-11695-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Apr 07, 2021 | Form ID: 3180W | Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S. Romanik, Sr., Mary Jo Taylor-Romanik, 438 Manor Ave., Millville, NJ 08332-1724 |
| cr | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 515972874 | + | Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, District of Columbia 20044-0683 |
| 515972880 | | CBNA/Sears Credit Cards, POB 6282, Sioux Falls, South Dakota 57117-6282 |
| 515972885 | | First Financial Bank Omaha, POB 2557, Omaha, NE 68103-2557 |
| 515972890 | | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, New Jersey 08625-0112 |
| 516005408 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516223658 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 515972891 | | Select Portfolio Servicing, Inc., POB 65250, Salt Lake City, Utah 84165-0250 |
| 515972895 | + | Thunderbolt Area FCU, 1601 Cedar St., Millville, New Jersey 08332-9403 |
| 516198027 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2021 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2021 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515972873 | | EDI: AMEREXPR.COM | Apr 08 2021 00:38:00 | American Express, POB 981535, El Paso, Texas 79998-1535 |
| 516042183 | | EDI: BECKLEE.COM | Apr 08 2021 00:38:00 | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 516126404 | | EDI: BL-BECKET.COM | Apr 08 2021 00:38:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515972875 | | Email/Text: cms-bk@cms-collect.com | Apr 07 2021 21:19:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, New York 14206-2317 |
| 515972876 | | EDI: CAPITALONE.COM | Apr 08 2021 00:38:00 | Capital One Bank, POB 30285, Salt Lake City, Utah 84130-0285 |
| 516056133 | | EDI: CAPITALONE.COM | Apr 08 2021 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515972878 | | EDI: CAPITALONE.COM | Apr 08 2021 00:38:00 | Capital One Retail Services, POB 30257, Salt Lake City , Utah 84130-0257 |
| 515972879 | + | EDI: CAPITALONE.COM | Apr 08 2021 00:38:00 | Capital One/Boscov's, POB 30257, Salt Lake City, Utah 84130-0257 |

Case 16-11695-ABA    Doc 47    Filed 04/09/21    Entered 04/10/21 00:24:30    Desc Imaged
                           Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 516167245 | + | EDI: BASSASSOC.COM | Apr 08 2021 00:38:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 515972882 | + | EDI: CITICORP.COM | Apr 08 2021 00:38:00 | Citibank/ExxonMobil, POB 6404, Sioux Falls, South Dakota 57117-6404 |
| 515972883 | | EDI: CITICORP.COM | Apr 08 2021 00:38:00 | Citibank/Goodyear, POB 6403, Sioux Falls, SD 57117-6403 |
| 516167446 | + | EDI: WFNNB.COM | Apr 08 2021 00:38:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515984895 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2021 21:11:12 | Dell Financial Services LLC, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 515972884 | | EDI: DISCOVER.COM | Apr 08 2021 00:38:00 | Discover, POB 30943, Salt Lake City, UT 84130 |
| 515990884 | | EDI: DISCOVER.COM | Apr 08 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515972886 | | EDI: IRS.COM | Apr 08 2021 00:38:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 515972881 | | EDI: JPMORGANCHASE | Apr 08 2021 00:38:00 | Chase Bank/Slate Card, POB 15298, Wilmington, Delaware 19850 |
| 515972887 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 07 2021 21:18:00 | Kohl's/Capone, POB 3115, Milwaukee, Wisconsin 53201-3115 |
| 515972888 | + | Email/Text: bmyers@membersonenj.org | Apr 07 2021 21:19:00 | Members 1st of NJ FCU, 37 W. Landis Ave, Vineland, New Jersey 08360-8122 |
| 516006357 | | Email/Text: laura@redbanklaw.com | Apr 07 2021 21:18:00 | Members 1st of NJ Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516103502 | + | EDI: MID8.COM | Apr 08 2021 00:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516194599 | | EDI: PRA.COM | Apr 08 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516196509 | | EDI: PRA.COM | Apr 08 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516194597 | | EDI: PRA.COM | Apr 08 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 515972892 | | EDI: RMSC.COM | Apr 08 2021 00:38:00 | SYNCB/Home Design, ATTN: Bankruptcy Dept., POB 965061, Orlando, Florida 32896-5061 |
| 515972893 | | EDI: RMSC.COM | Apr 08 2021 00:38:00 | SYNCB/JC Penney, Attn: Bankrutpcy Dept., POB 965060, Orlando, Florida 32896-5060 |
| 515972894 | | EDI: RMSC.COM | Apr 08 2021 00:38:00 | SYNCB/Lowe's, ATTN: Bankruptcy Dept., POB 965060, Orlando, Florida 32896-5060 |
| 518054972 | + | Email/Text: bncmail@w-legal.com | Apr 07 2021 21:20:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518054971 | + | Email/Text: bncmail@w-legal.com | Apr 07 2021 21:20:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 515972896 | + | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2021 21:19:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, New Jersey 07102-2527 |
| 515972898 | + | EDI: WFFC.COM | Apr 08 2021 00:38:00 | WFFNB/Furniture Barn, CSCL DSP TM MAC N8235-04M, POB 14517, Des Moines, Iowa |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: 3180W | Total Noticed: 46 |

| 515972897 | Email/PDF: DellBKNotifications@resurgent.com | Apr 07 2021 21:11:11 | Webbank/Dell Financial Services, POB 81577, Austin, Texas 78708-1577 50306-3517 |
| 516135718 | EDI: WFFC.COM | Apr 08 2021 00:38:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515994568 |  | Thunderbolt Area Federal Credit Union |
| 515972877 | * | Capital One Bank, POB 30285, Salt Lake City, Utah 84130-0285 |
| 515972889 | *+ | Members 1st of NJ FCU, 37 W. Landis Ave., Vineland, New Jersey 08360-8122 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Indenture Trustee for Towd Point Mortgage Trust Asset-Backed Securities, Series 2015-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for U.S. Bank National Association, as Indenture Trustee for Towd Point Mortgage Trust Asset-Backed Securities, Series 2015-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor Thunderbolt Area Federal Credit Union lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Michael R. DuPont | on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Victor Druziako | on behalf of Debtor Michael S. Romanik Sr. bkdruziako@aol.com |
| Victor Druziako | on behalf of Joint Debtor Mary Jo Taylor-Romanik bkdruziako@aol.com |

TOTAL: 8